FILED

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

MAR 18 PM 1:31

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____CP_____ DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: __'08 MJ 0854__

The person charged as __GARCIA-Hernandez, Pedro__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the _____ District of __Utah (Northern Division)__ on __10/30/07__ with: __Title 18 USC 3583__ in violation of:

**Alleged violation of Supervised Release**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __03/18/08__

__Don Vazquez__
CI - Deputy United States Marshal

Reviewed and Approved

DATE: 3/18/08

_____
Assistant United States Attorney

# United States District Court

10052-08|

DISTRICT OF UTAH - NORTHERN DIVISION

UNITED STATES OF AMERICA

V.

**Pedro Garcia-Hernandez**

**WARRANT FOR ARREST**

**CASE NUMBER: 1:06cr34-001-DB**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **PEDRO GARCIA-HERNANDEZ**
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information
☐ Complaint    ☐ Order of court    ☒ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Alleged violation of supervised release**

in violation of _____ United States Code

D. Mark Jones                                      Clerk of Court
Name of Issuing Officer                            Title of Issuing Officer

[signature]                                        October 30, 2007 at Salt Lake City, Utah
Signature of Issuing Officer                       Date and Location

By:
    Deputy Clerk

Bail fixed _____ by _____
                                      Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

10052-08|

PROB 12C

# United States District Court
## for the District of Utah

### Petition and Order for Warrant for Offender Under Supervision

Name of Offender: **PEDRO GARCIA-HERNANDEZ**    Docket Number: 2:05CR00034-001-DB

Name of Sentencing Judicial Officer:    **Honorable Dee Benson**
                                        **United States District Judge**

Date of Original Sentence: **October 11, 2006**

Original Offense: **Reentry of Previously Removed Alien**
Original Sentence: **20 months custody/36 months supervised release**

Type of Supervision: **Supervised Release**        Supervision Began: **September 14, 2007**

## PETITIONING THE COURT

[X]   To issue a warrant to be placed as a detainer     In USMS custody: USMS #10052-081
      tolling the supervision term as of October 21, 2007   MCC San Diego, CA

## CAUSE

The probation officer believes that the offender has violated the conditions of supervision as follows:

**Allegation No. 1:** On or about October 21, 2007, the defendant illegally reentered the United States and was found in the Southern District of California.

I declare under penalty of perjury that the foregoing is true and correct

_____
Mindy Eckman, U.S. Probation Officer
Date: October 30, 2007

## THE COURT ORDERS:

[X]   The issuance of a warrant to be placed as a
      detainer tolling the supervision term as of
      October 21, 2007

[ ]   No action
[ ]   Other

_____
Honorable Dee Benson
United States District Judge

Date: 10-30-2007