Minutes of the United States District Court
Southern District of California
March 18, 2008

HON. **Leo S. Papas**                    DEPUTY CLERK: **J. Jarabek**

---

TAPE NO. LSP08-1; 15:34-15:44

08MJ854-LSP        USA   vs.   PEDRO GARCIA-HERNANDEZ 10052081 - (C)

INITIAL APPEARANCE                      CAREY GORDEN, FEDERAL DEFENDERS, S/A
ON OUT OF DISTRICT COMP
                                        AUSA: JAMES MELENDRES

---

DOA: 10/22/07

DFT'S FIRST APPEARANCE ON OUT OF DISTRICT COMP; DFT INFORMED OF CHARGES

APPOINTMENT OF COUNSEL TO TAKE PLACE IN NORTHERN DISTRICT OF UTAH

DFT ADMITS IDENTITY

DFT ORALLY WAIVES REMOVAL/ID HRG ON RECORD

DFT ALSO ORALLY WAIVES PROBABLE CAUSE HEARING IN SOUTHERN DISTRICT OF CA

WARRANT OF REMOVAL TO BE PREPARED AND SUBMITTED BY THE GOVERNMENT

DFT IS ORDERED REMOVED TO NORTHERN DISTRICT OF UTAH

10 MINUTES