# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

FILED
08 APR -2 AM 8:47

W. Samuel Hamrick, Jr.
Clerk of Court

PLEASE RECEIPT AND RETURN

1:06CR34

March 24, 2008

Clerk, U.S. District Court
150 Frank E. Moss, United States Courthouse
350 South Main Street
Salt Lake City, UT 84101

Re: 08mj854, USA v. Pedro Garcia-Hernandez

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| X | Complaint | ___ | Order of Removal |
| ___ | Minute Order Appointing Counsel | ___ | Detention Order |
| ___ | Corporate Surety Bond | ___ | Waiver of Removal |
| ___ | Personal Surety Bond | | |
| ___ | Other _____ | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____
K. Hammerly, Deputy Clerk